DAMON D. RAbb/#P82981
_Name and Prisoner/Booking Number_

Kern VALLey StAte Prison
_Place of Confinement_

Post office Box 5102
_Mailing Address_

DelAno, CALiforniA 93216
_City, State, Zip Code_

**FILED**

Sep 21, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON D. RAbb | ) |
| (Full Name of Plaintiff)    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **1:23-cv-01381-GSA (PC)** |
| | ) (To be supplied by the Clerk) |
| (1) CAliforniA Dept of CORR And RehAbi . | ) |
| (Full Name of Defendant) | ) |
| (2) | ) |
| | ) **CIVIL RIGHTS COMPLAINT** |
| (3) | ) **BY A PRISONER** |
| | ) |
| (4) | ) ☒ Original Complaint |
| Defendant(s). | ) ☐ First Amended Complaint |
| ☐ Check if there are additional Defendants and attach page 1-A listing them. | ) ☐ Second Amended Complaint |

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: WASCO StAte Prison - CDCR .

Revised 3/15/2016                                 1

## B. DEFENDANTS

1. Name of first Defendant: _Jason Pickett_ . The first Defendant is employed as:
   _Warden_ at _High Desert State Prison_ .
   (Position and Title)          (Institution)

2. Name of second Defendant: _Estevan Figueroa, et Al._ . The second Defendant is employed as:
   _CDCR- correctional officer(s)_ at _Kern Valley State Prison_ .
   (Position and Title)          (Institution)

3. Name of third Defendant: _D. Cabrera, et AL.,_ . The third Defendant is employed as:
   _CDCR- correctional officer(s)_ at _Wasco State Prison_ .
   (Position and Title)          (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
   _____ at _____ .
   (Position and Title)          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _3_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Damien D. Rabb_ v. _Jason Pickett_
      2. Court and case number: _2:21-cv-0689_ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _dismissed_
      _____ .

   b. Second prior lawsuit:
      1. Parties: _Damien D. Rabb_ v. _Estevan Figueroa/Emmanual Chavez_
      2. Court and case number: _1:23-cv-00843 SAB_ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _still pending_

   c. Third prior lawsuit:
      1. Parties: _Damien D. Rabb_ v. _D. Cabrera / M. Gonzalez_
      2. Court and case number: _1:23-cv-0104 BAM_ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _still pending_

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Due Process Clause of the fourteenth Amendment.</u>

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Disciplinary proceedings
- [ ] Excessive force by an officer
- [ ] Mail
- [x] Property
- [ ] Threat to safety
- [ ] Access to the court
- [ ] Exercise of religion
- [ ] Other: _____
- [ ] Medical care
- [ ] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On the date of 8·29·2022, I arrived at California correctional Institution- Tehachapi/CDCR, via wasco state prison. Upon my arrival, 'Receiving and Release'- property staffer: Mayfield prepared my property for issuance. Upon doing so, it was discovered that my television screen had been entirely destroyed. (See Supporting facts: Appendix-(A)). On the date of 6·5·2022, while under the charge of Kern Valley state prison my television was inventoried, with other property, and logged as being in working order. (See Supporting facts: Appendix-(B).) On the date of 6·7·2022, I was transferred to wasco state prison-Reception center. Wasco state prison-Reception center prohibits inmates from possessing any appliances. My television ( CleArTune - Digital - Touch botton, 15", CD-player/fm radio- serial number 0710) was damaged while in the possession of CDCR-staff between the dates of 6·5·2022 - 8·29·2022.
I appropriately filed grievance/appeal to the highest level of review provided by the department (CDCR). On this date- 9·12·2023, I received A "office of Appeals Decision" dated 9·1·2023, that states that my __.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
My personal property was destroyed; depriving me applicable use of my television, as Thee result of random or unauthorized conduct by CDCR-Actors That were not A deprivation according to any established policy, procedure, or custom of CDCR.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No
   b. Did you submit a request for administrative relief on Claim I?  [x] Yes  [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level?  [x] Yes  [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

<u>continued from claim 1/supporting facts:</u>

claim has been dismissed. Finding that reviewing authority: D. Pierce, in grievance log number: WSP.389269, had been notified by c/o c.Bellard at california correctional Institution-tehachapi that I, plaintiff, had been provided a replacement Television on the date of 10.20.2022.

<u>Summary of Facts</u>

Following the discovery of plaintiff's damaged Tele-vision, because plaintiff's Television acts as two Appliances, correctional officer Matfield (property staff - CCI/Tehachapi) did not confiscate said Television, which would then require her to provide plaintiff a confiscated property receipt, dated 8.29.2022.

Plaintiff was issued his Television on said date, and possess said Television until the date of 12.9.2022, when CCI-Tehachapi custodial officers took possession of my property. (see supporting facts: Appendix-(C)) - Plaintiff filed grievance regarding lost property from the date of 12.9.2022. Within said grievance (log number: CCI-304930.) Plaintiff specifically asked to have his Television return, for there was no reason to grievance the matter of the Television because he had done so in grievance log number: CCI-304930. (see supporting facts: Appendix-(C)

On the date of 5.24.2023, plaintiff was housed in Administrative segregation at CCI-Tehachapi. On 5.25.2023, property staffer: A. Watt signs and dates a confiscated personal property form that acknowledges that on said date, plaintiff property records reflect that plaintiff, in fact, should have been in possession of his clear tune 15" Television. The confiscated Television on said date was loan to plaintiff by another inmate, whom shared a cell with someone that own a Television; because plaintiff was without a Television. (see supporting facts: Appendix-(D) )

(1.)

continued from claim 1 / supporting facts:

And finally; in the 'office of
appeals decision' in supporting facts: Appendix (E), reviewing authority:
H. Moseley states that, as of 7.7.2023, records reflect that I,
plaintiff, possess a television, and that such television is within
my possession currently. (see supporting facts: Appendix- (E)).
On the date of 7.7.2023, plaintiff was transferred from cct-
Tehachapi to Kern valley state prison. (supporting facts: Appendix-(F)
        clearly establish that plaintiff does not possess a tele-
vision amongst his personal effects, as casually detailed by CDCR-
officials. (Emphasis added.)

In conclusion

Plaintiff contends that he has not been provided a replacement
Television by the California Department of corrections and rehabilitation
for the damage caused to his television (personal property) while
in the possession of CDCR-officials. By all accounts, CDCR-officials
have employed arbitrary . measures to void themselves of liability
in this matter.
Plaintiff appropriately utilized departmental resources in an effort
to remedy this issue-(property damage). All available departmental
resources has been exhausted.
I, plaintiff, would like for the court to know that it is not my
intent to overwhelm this court with civil complaints. My actions
are not malicious. I've elect to file this action, and those before
it, because I am in fact being subjected to constitutional rights
violations, as a imprison person, under the charge of (CDCR).
My filings should not be seen as excessive; but a show of an
issue that I am being leisurely subjected to, by CDCR-officials.

(2.)

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
    - ☐ Basic necessities            ☐ Mail              ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                                    ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?                  ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?        ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
    - ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    - ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?     ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?     ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

The municipality (CDCR) is liable for the damage to my Television-personal property-, because the damage caused was the Actions of CDCR Actors, And not in Accordance with Any official policy. Plaintiff request for relief: Monetary compensation To cover The cost of purchasing A new Television, And punitive damages, To be no less Than $5,000.00 (Five Thousand Dollars, Zero cents.). - California code of Regulations, Title 15= 3193. States: The department Accept liability for damage inmate property by staff Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9·12·2023___
                  DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Appendix (A)

1.



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# OFFICE OF APPEALS DECISION

**Offender Name:** RABB, DAMEN
**CDC#:** P82951
**Current Location:** CCI-Facility B

**Date:** 01/01/2023

**Current Area/Bed:** B 001A1 - 102001L

**Log #:** 000000304930

## Claim #  001

**Received at Institution/Parole Region:** California Correctional Institution
**Submitted to Facility/Parole District:** CCI-Facility B
**Housing Area/Parole Unit:**
**Category:** Offender Resources                    **Sub-Category:** Property

### I. ISSUE ON APPEAL

Appellant states television was received damaged upon his transfer to the California Correctional Institution.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3190, 3191, and 3193
Department Operations Manual, section 54030.13

#### B. DOCUMENTS CONSIDERED

CDCR 602, Log #304930
Inmate Property Card
CDC 143 dated August 29, 2022

### III. REASONING AND DECISION

On August 25, 2022, appellant was transferred from Wasco State Prison to California Correctional Institution. On September 14, 2022, appellant's claims were received the Office of Grievances at California Correctional Institution. On October 22, 2022, the Office of Grievances at California Correctional Institution answered claim noting appellant's television arrived to them damaged and indicated Wasco State Prison did not send a CDCR 1083 noting condition of television. As such, this claim needs to be redirected to the Office of Grievances at Wasco State Prison where the majority of facts and circumstances that gave rise to the claim occurred. Therefore, this claim is granted.

### IV. REMEDY

Wasco State Prison shall open a new Offender Grievance Tracking log number to address appellant's claim.

### Decision: Granted

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is

2.

APPendix (B)

3.

Case 1:23-cv-01381-KES-HBK    Document 1    Filed 09/21/23    Page 12 of 20

CDCR # ___    INSTITUTION: KVSP

REASON FOR INVENTORY: _____    SENT TO: ____    # OF BOXES: ____    # OF BAGS: ____

## Personal Clothing

- ☐ Athletic Shorts
- ☐ Athletic Supporter
- ☐ Briefs / Boxers
- ☐ Hats and Caps ... 2
- ☐ Head Band
- ☐ Rain Coat / Poncho
- ☐ Shoelaces
- ☐ Shower Shoes
- ☐ Slippers / House Shoes
- ☐ Socks ... 10
- ☐ Sweat Pants ... 2
- ☐ Sweat Shirts ... 2
- ☐ Tennis Shoes
- ☐ Thermal Tops
- ☐ Thermal Bottoms
- ☐ Undershirts
- ☐ Wave Caps

### Female Specific

- ☐ Brassieres
- ☐ Pajama / Nightgown
- ☐ Panties
- ☐ Personal Jeans
- ☐ Robe
- ☐ Sandals ... 1 Pair
- ☐ Scarf
- ☐ Walking Shoes

## Personal Care/Hygiene

- ☐ After Shave
- ☐ Body Powder
- ☐ Comb/Hair Pick
- ☐ Cosmetic / Shave Bag
- ☐ Cotton Swabs
- ☐ Denture Adhesive
- ☐ Denture Cleanser
- ☐ Dental Flossers / Gliders
- ☐ Depilatory (Magic Shave
- ☐ Deodorant ... 0
- ☐ Face Cream (Noxzema)
- ☐ Conditioner
- ☐ Hair Oil / Grease
- ☐ Hair Ties
- ☐ Insect Repellant
- ☐ Laundry Detergent
- ☐ Laundry Soap Bar
- ☐ Lip Balm
- ☐ Lotions / Baby Oil ... 2
- ☐ Medication /Over Counter
- ☐ Mirror
- ☐ Mouth Wash
- ☐ Muscle / Vapor Rub
- ☐ Nail Clipper
- ☐ Palm Brush / Comb
- ☐ Perm Curl / Relax Kit
- ☐ Perm Wave Kit
- ☐ Perm Wave Rods
- ☐ Petroleum Jelly
- ☐ Razors, Disposable
- ☐ Shampoo
- ☐ Shaving Cream / Gel ... 1
- ☐ Soap Bars ... 2
- ☐ Soap liquid-body wash/dish
- ☐ Sunblock
- ☐ Toothbrush
- ☐ Toothbrush Holder
- ☐ Tooth ... Powder ... 1
- ☐ Wash Cloths

## Female Specific

- ☐ Bath Towel
- ☐ Blush
- ☐ Brush
- ☐ Cotton Balls
- ☐ Douche
- ☐ Emery Board
- ☐ Eyebrow Pencil / Eyeliner
- ☐ Eye Shadow Kit
- ☐ Fabric Softener
- ☐ Facial Astringent
- ☐ Facial Cleanser
- ☐ Feminine Hygiene Wash
- ☐ Foundation
- ☐ Hair Clips / Scrunches
- ☐ Hair Sprays
- ☐ Hair Rollers
- ☐ Lip gloss / Liner / Lipstick
- ☐ Mascara
- ☐ Pumice Stone
- ☐ Shower Bag
- ☐ Shower Cap
- ☐ Shower Puffs / Loofah
- ☐ Tweezers

## Food

- ☐ Artificial Sweetener
- ☐ Beverages
- ☐ Candy: Bags ____ Bars
- ☐ Canned Food
- ☐ Cereals
- ☐ Cheese
- ☐ Chips / Taco Shells
- ☐ Cocoa
- ☐ Cookies
- ☐ Coffee ... 1
- ☐ Condiments
- ☐ Crackers
- ☐ Creamer
- ☐ Dry Mix Drinks
- ☐ Food Pouches
- ☐ Supplements
- ☐ Meats, Dry
- ☐ Snack Items
- ☐ Nuts
- ☐ Peanut Butter
- ☐ Precooked Foods
- ☐ Protein Supplements
- ☐ Soups / Noodles ... 24
- ☐ Tea (Instant or Bags)
- ☐ Vitamins
- ☐ Dried Fruit/Veg (Female)

## Miscellaneous Items

- ☐ Address Book
- ☐ Audio Cassettes
- ☐ Ballpoint Pens
- ☐ Battery Recharger
- ☐ Batteries
- ☐ Books / Magazines / Newspapers
- ☐ Bowl
- ☐ Calendar
- ☐ Can Opener
- ☐ Card Stock / Drawing
- ☐ Chalk / Pastels
- ☐ Clock
- ☐ Combination Lock
- ☐ Compact Discs

- ☐ Correspondence Course
- ☐ Ear Plugs
- ☐ Envelopes
- ☐ Envelopes, Metered
- ☐ Extension Cord
- ☐ Greeting Cards
- ☐ Handkerchiefs/Bandannas
- ☐ Legal Material
- ☐ Legal Pads / Tablets
- ☐ Legal Size Folders Etc.
- ☐ Light Bulb
- ☐ Pencils
- ☐ Pencil Eraser
- ☐ Pencil Sharpener
- ☐ Photos, Loose
- ☐ Photo Albums
- ☐ Reading Glasses (non-prescription / magnifying power)
- ☐ Stamps
- ☐ Stationery
- ☐ Sun Glasses
- ☐ Storage Container
- ☐ Tumbler / Cups
- ☐ Wallet

### Female Specific

- ☐ Antenna Wire (CIW only)
- ☐ Clothes Pins
- ☐ Eyeglass Repair Kit
- ☐ Footlocker (CIW only)
- ☐ Hangers
- ☐ Immersion Heater
- ☐ Umbrella (CIW only)

### Games

- ☐ Cards  ☐ Checkers  ☐ Chess
- ☐ Dominoes  ☐ Scrabble
- ☐ Uno (Female Only)

### Religious Items

- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials:
- ☐ Bowl/Chalice    ☐ Chalk ___
- ☐ Color ____ Material ____
- ☐ Religious Medallion & Chain
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ___  ☐ Medicine Bag
- ☐ Miswak ___  ☐ Powders ___
- ☐ Prayer Beads  ☐ Prayer Oil
- ☐ Prayer / Holy cards / Photos
- ☐ Prayer Rug/Mat  ☐ Prayer Shawl
- ☐ Runs Tiles  ☐ Sea Salt
- ☐ Stones ___  ☐ Tallit Katan/Tzitsit
- ☐ Tarot / Rune Cards  ☐ Wand
- ☐ Tefillin / Phylacteries
- ☐ Herbs: ____

## Registerable Property

- ☐ Audio Entertainment Appliance
  - ☐ AM/FM  ☐ CD  ☐ Cassette
  - Make: ____
- ☐ Calculator:
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  - Make: JVC
- ☐ Fan: Archie Vardux
- ☐ Hair Clipper / Trimmer
  - ☐ A/C  ☐ Battery
  - Make: ____
- ☐ Handiconf:
- ☐ Hot Pot:
- ☐ Lamp/Book Light
  - ☐ A/C  ☐ Battery
- ☐ Musical Instrument  ☐ String
  - Make: ____
  - S/N: ____
- ☐ Razor / Groomer
  - Make: ____
  - ☐ A/C  ☐ Battery
- ☐ Wedding Ring
  - ☐ White Metal  ☐ Yellow Metal
  - Stones  ☐ Yes  ☐ No
- ☐ Television:  ☐ B&W  ☐ Color
  - ☐ With CD player  ☐ With Radio
  - Tested:  ☐ Works  ☐ Doesn't Work
  - Make: Glen Tuns
  - S/N: Q71D
- ☐ Electronic Tablet
  - Make: ____
  - S/N: ____
- ☐ MP3
  - Make: ____
  - S/N: ____
- ☐ Adapter  ☐ Coaxial Cable
  - ☐ Splitter  ☐ Digital Antenna
- ☐ Typewriter
  - ☐ Manual  ☐ A/C  ☐ Battery
  - Make: ____
  - S/N: ____
- ☐ Watch:  ☐ Wrist  ☐ Pocket
  - Make: ____  Color: ____
- ☐ Battery Charger
  - Make: ____

### Female Specific

- ☐ Chain / Necklace / Bracelet
  - ☐ White Metal  ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  - Make: ____
- ☐ Earrings:
  - Make: ____
- ☐ Hair Dryer
  - Make: ____
- ☐ Hair Rollers
  - Make: ____
- ☐ Pressing Comb
  - Make: ____

### Health Care Appliances

☐ With this signature, I agree that the above listed property is the extent of ALL my property.
David Bamen    Inmate Signature (upon inventory)    CDC # J37951    Date 6.5.22

☐ With this signature, I am receiving the property as marked on this inventory sheet.
Inmate Signature (upon inventory)    CDC #    Date

☐ Property Inventoried by:
Staff Name (Print & Signature)    Date 6.5.22

☐ Property Received by:
Staff Name (Print & Signature)    Date

☐ Property Issued to inmate by:
Staff Name (Print & Signature - upon Inventory)    Date

## Additional Items

| | | |
|---|---|---|
| RCA Amplifier | 2 vitamins | |
| Reart - 1 | 10 cols | |
| Shaving cream | 1 ext cord | |
| Nail stripper | 1 kenneth co | |
| comb | Antenna | |
| teeth brush | cil 205 | |
| | ear buds | |

DISTRIBUTION – Original: R&R,    Copies: Inventory Officer, Inmate, Retained in Property being Shipped/Transported

4.

Appendix (c)

5.

received: 6-21-25
CCI-8-/Approx1:215 pm


CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF APPEALS DECISION

**Offender Name:** RABB, DAMEN                    **Date:** 06/18/2023
**CDC#:** P82951
**Current Location:** CCI-Facility B              **Current Area/Bed:** B 008C1 - 105001L

---

**Log #:** 000000351998

## Claim # 001

**Received at Institution/Parole Region:** California Correctional Institution
**Submitted to Facility/Parole District:** CCI-Central Service
**Housing Area/Parole Unit:**    B 001A1
**Category:** Offender Safety and Security          **Sub-Category:** Use of Force

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 04/18/2023 which you submitted on 04/09/2023. This claim has not been assigned for review or response because it is being handled as specified below.

Claim # 001:
Your claim concerning Offender Safety and Security; Use of Force is being rejected by the Office of Appeals for the reason or reasons indicated below.

Your claim disputes or contravenes the regulatory framework for the grievance and appeal process itself which is not permitted under the California Code of Regulations, title 15, section 3485(g)(6)(E).

Pursuant to California Code of Regulations, Title 15, Section 3483 (l)(2), Completion of the review process by the Institutional or Regional Office of Grievances resulting in a decision of "identified as staff misconduct" constitutes exhaustion of all administrative remedies available to a claimant within the Department. After which no appeal is available because the claim was exhausted at the conclusion of the review by the Institutional or Regional Office of Grievances.

This serves as the Department's final decision regarding this claim.

**Decision: Rejected**

## Claim # 002

**Received at Institution/Parole Region:**    California Correctional Institution
**Submitted to Facility/Parole District:**    CCI-Central Service
**Housing Area/Parole Unit:** B 001A1
**Category:** Offender Resources              **Sub-Category:** Property

### I. ISSUE ON APPEAL

In your grievance, you contend on December 16, 2022, you were involved in an incident and were moved to another housing unit. You assert your personal property was not properly inventoried, and that you were never provided an inventory sheet of your missing property. You state you are missing property of television, radio/CD player, fan, CDs (10), grey hat, and several food items.

6.

Appendix (D)

7.

| *Babb* P82951 | BA-104 | DATE: 5/25/23 |
|---|---|---|

## CONFISCATED PERSONAL PROPERTY DEEMED UNATHORIZED PERSUANT TO:

| | |
|---|---|
| X | CCR 3006 Property is deemed contraband pursuant to this section. List reason and items below |
| | CCR 3190 (b) Combined volume of all state issued and all allowable personal property items shall not exceed six cubic feet. |
| | CCR 3190 (e) The total volume of allowable food and personal care/hygiene items shall not exceed six cubic feet. |
| | CCR 3.190 (h) The inmate shall be required to provide their purchase receipts to verify purchases until such items are expended (inmate does not have receipts for Items). |
| | CCR 2190 (k) (1) Privilege group "A" and "B" inmates may possess up to three (3) approved appliances in their cell (inmate has more than 3 appliances) |
| | CCR 3190 (n) inmates who break or tamper with the seal of an appliance may be subject to disciplinary action and confiscation of the item. |
| X | CCR 3192 An inmate may not exchange, borrow, loan, give away or convey personal property to or from another inmate. |

### LIST OF CONFISCATED ITEMS

1- Hiteker 15" T.V., S/N- 0701, with no CD Player. Inmates is supposed to have a clear tunes T.V. S/N - 0702. The T.V. He came with, has name and CDC # all scratched in on the back of the T.V.

Inmate Signature: R.T.S.     Date: 5/25/23

In accordance with the California Code of Regulations, section 3191(c), inmates shall be, permitted to select one of the methods listed below far disposing of personal property which is unauthorized. If the inmate makes no selection or has insufficient funds, staff shall document the fact and determine the method of disposition.

| | |
|---|---|
| | Send to an individual willing to accept the property' at the inmate expense. |
| | Donate to a charitable organization, as designated by the institution. |
| | Donate to Facility (California Correctional Institution) |
| | Render item useless and dispose of it according to institution procedure. |

### TO BE COMPLETED BY STAFF     CCR 3191 (c)

| | |
|---|---|
| | Inmate had insufficient funds to mail out items. Staff determines the method of disposition (call Program Sergeant to check inmate trust account availability of funds). |
| | The inmate made no selection, therefore the above mentioned property was: |

On 5/25/23 the above listed property was given to and accepted by Officer: A. Watt

| Print Name: A. Watts | Post Description: ASU Property |
|---|---|
| Signature ~~C. Watt~~ | Date: 5/25/23 |

8.

APPendix (E)

9.

CALIFORNIA DEPARTMENT *of*
## Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:** RABB, DAMEN

**CDC#:** P82951

**Current Location:** KVSP-Facility D

**Date:** 09/01/2023

**Current Area/Bed:** D 007 1 - 129001L

**Log #:** 000000389269

---

## Claim #  001

**Received at Institution/Parole Region:**   Wasco State Prison

**Submitted to Facility/Parole District:**   Wasco State Prison

**Housing Area/Parole Unit:**

**Category:**  Offender Resources                    **Sub-Category:** Property

### I. ISSUE ON APPEAL

You are appealing the decision to grant your claim that Wasco State Prison damaged your television and did not provide a CDCR 1083, Inmate Property Inventory form.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3190, 3191, 3192, and 3193; Memorandum, Implementation of the Strategic Offender Management System Property Module, dated March 28, 2022; Letter dated June 23, 2022, Announcing Property Module Go-Live on July 11, 2022

#### B. DOCUMENTS CONSIDERED

Grievance/Appeal Log No. 389269; Strategic Offender Management System, Personal Property

### III. REASONING AND DECISION

As stated in the Office of Grievances' decision, on August 25, 2022, you transferred to the California Correctional Institution.  On August 25, 2022, your property was packed and inventoried in the Strategic Offender Management System, Personal Property Module.  Pursuant to the Department Memorandum, effective July 11, 2022, the Strategic Offender Management System, Property Module was implemented, and replaced the existing manual paper processes and property record keeping, including the use of the CDCR 1083 form.  Records indicate you were issued a television on October 20, 2022.  On May 19, 2023, Correctional Officer C. Bellard at the California Correctional Institution was contacted and verified you were issued a replacement television and it was in your possession and fully functional.  You claim your television was confiscated, which is noted in the Strategic Offender Management System, Personal Property Module; however, on July 7, 2023, the record was updated noting the television was issued to you and in your possession.  Because an appropriate remedy was provided, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is

10 -

Appendix (F)

11.

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE PROPERTY INVENTORY**
**CDCR-1083 (Rev. 05/16)**                                                                               Page1 of 1

NAME: _RABB_    CDCR#: _P32151_    INSTITUTION: _COI_    DATE: _7/7/22_

REASON FOR INVENTORY: _Transfer_    SENT TO: _LAC_    # OF BOXES:____    # OF BAGS:____

### Personal Clothing
- ☐ Athletic Shorts . . . . . . . .
- ☐ Athletic Supporter . . . . .
- ☐ Briefs / Boxers . . . . . . .
- ☐ Hats and Caps . . . . . . .
- ☐ Head Band . . . . . . . . . .
- ☐ Rain Coat / Poncho . . . .
- ☐ Shoelaces . . . . . . . . . .
- ☐ Shower Shoes . . . . . . . .
- ☐ Slippers / House Shoes. .
- ☐ Socks . . . . . . . . . . . . .
- ☐ Sweat Pants . . . . . . . . .
- ☐ Sweat Shirts . . . . . . . . .
- ☐ Tennis Shoes:
- ☐ Thermal Tops . . . . . . . .
- ☐ Thermal Bottoms . . . . . .
- ☐ Undershirts . . . . . . . . . .
- ☐ Wave Caps . . . . . . . . . .

### Female Specific
- ☐ Brassieres . . . . . . . .
- ☐ Pajama / Nightgown . . . .
- ☐ Panties . . . . . . . . . . .
- ☐ Personal Jeans . . . . . . .
- ☐ Robe . . . . . . . . . . . . .
- ☐ Sandals: . . . . . . . . . . .
- ☐ Scarf . . . . . . . . . . . . .
- ☐ Walking Shoes:

### Personal Care/Hygiene
- ☐ After Shave . . . . . . . . .
- ☐ Body Powder . . . . . . . .
- ☐ Comb/Hair Pick . . . . . . .
- ☐ Cosmetic / Shave Bag. . .
- ☐ Cotton Swabs . . . . . . .
- ☐ Denture Adhesive . . . . .
- ☐ Denture Cleanser . . . . .
- ☐ Dental Flossers / Gliders.
- ☐ Depilatory's (Magic Shave
- ☐ Deodorant . . . . . . . . . .
- ☐ Face Cream (Noxzema). .
- ☐ Conditioner . . . . . . . . .
- ☐ Hair Oil / Grease . . . . .
- ☐ Hair Ties . . . . . . . . . . .
- ☐ Insect Repellant . . . . . .
- ☐ Laundry Detergent . . . . .
- ☐ Laundry Soap Bar . . . . .
- ☐ Lip Balm . . . . . . . . . . .
- ☐ Lotions / Baby Oil . . . . .
- ☐ Medication /Over Counter
- ☐ Mirror . . . . . . . . . . . . .
- ☐ Mouth Wash . . . . . . . .
- ☐ Muscle / Vapor Rub . . . .
- ☐ Nail Clipper . . . . . . . . .
- ☐ Palm Brush / Comb . . . .
- ☐ Perm Curl / Relax Kit . . .
- ☐ Perm Wave Kit . . . . . . .
- ☐ Perm Wave Rods. . . . . .
- ☐ Petroleum Jelly . . . . . . .
- ☐ Razors, Disposable . . . .
- ☐ Shampoo. . . . . . . . . . .
- ☐ Shaving Cream / Gel . . .
- ☐ Soap Bars . . . . . . . . . .
- ☐ Soap liquid-body wash/dish
- ☐ Sunblock . . . . . . . . . . .
- ☐ Toothbrush . . . . . . . . .
- ☐ Toothbrush Holder . . . . .
- ☐ Toothpaste / Powder . . .
- ☐ Wash Cloths . . . . . . . . .

### Female Specific
- ☐ Bath Towel . . . . . . . . . .
- ☐ Blush . . . . . . . . . . . . .
- ☐ Brush . . . . . . . . . . . . .
- ☐ Cotton Balls . . . . . . . . .
- ☐ Douche . . . . . . . . . . . .
- ☐ Emery Board . . . . . . . .
- ☐ Eyebrow Pencil / Eyeliner
- ☐ Eye Shadow Kit. . . . . . .
- ☐ Fabric Softener . . . . . . .
- ☐ Facial Astringent . . . . . .
- ☐ Facial Cleanser. . . . . . .
- ☐ Feminine Hygiene Wash
- ☐ Foundation . . . . . . . . . .
- ☐ Hair Clips / Scrunches.
- ☐ Hair Sprays . . . . . . . . .
- ☐ Hair Rollers . . . . . . . . .
- ☐ Lip gloss / Liner / Lipstick
- ☐ Mascara . . . . . . . . . . .
- ☐ Pumice Stone . . . . . . . .
- ☐ Shower Bag . . . . . . . . .
- ☐ Shower Cap . . . . . . . . .
- ☐ Shower Puffs / Loofah . .
- ☐ Tweezers. . . . . . . . . . .

### Food
- ☐ Artificial Sweetener . . . .
- ☐ Beverages . . . . . . . . . .
- ☐ Candy: Bags ____ Bars
- ☐ Canned Food . . . . . . . .
- ☐ Cereals . . . . . . . . . . . .
- ☐ Cheese . . . . . . . . . . . .
- ☐ Chips / Taco Shells . . . .
- ☐ Cocoa . . . . . . . . . . . . .
- ☐ Cookies . . . . . . . . . . . .
- ☐ Coffee . . . . . . . . . . . . .
- ☐ Condiments. . . . . . . . . .
- ☐ Crackers . . . . . . . . . . .
- ☐ Creamer . . . . . . . . . . .
- ☐ Dry Mix Drinks . . . . . . .
- ☐ Food Pouches . . . . . . .
- ☐ Supplements . . . . . . . .
- ☐ Meats, Dry . . . . . . . . . .
- ☐ Snack Items . . . . . . . . .
- ☐ Nuts . . . . . . . . . . . . . .
- ☐ Peanut Butter . . . . . . . .
- ☐ Precooked Foods . . . . .
- ☐ Protein Supplements . . .
- ☐ Soups / Noodles . . . . . .
- ☐ Tea (Instant or Bags) . . .
- ☐ Vitamins . . . . . . . . . . .
- ☐ Dried Fruit/Veg (Female)

### Miscellaneous Items
- ☐ Address Book. . . . . . . .
- ☐ Audio Cassettes. . . . . . .
- ☐ Ballpoint Pens. . . . . . . .
- ☐ Battery Recharger . . . . .
- ☐ Batteries . . . . . . . . . . .
- ☐ Books / Magazines / Newspapers
- ☐ Bowl . . . . . . . . . . . . .
- ☐ Calendar . . . . . . . . . . .
- ☐ Can Opener . . . . . . . . .
- ☐ Card Stock / Drawing . . .
- ☐ Chalk / Pastels . . . . . . .
- ☐ Clock . . . . . . . . . . . . .
- ☐ Combination Lock . . . . .
- ☐ Compact Discs . . . . . . .

### (Correspondence / Legal column)
- ☐ Correspondence Course
- ☐ Ear Plugs . . . . . . . . . . .
- ☐ Envelopes . . . . . . . . . .
- ☐ Envelopes, Metered . . . .
- ☐ Extension Cord . . . . . . .
- ☐ Greeting Cards . . . . . . .
- ☐ Handkerchiefs/Bandannas
- ☐ Legal Material . . . . . . . .
- ☐ Legal Pads / Tablets . . .
- ☐ Legal Size Folders Etc. . .
- ☐ Light Bulb . . . . . . . . . .
- ☐ Pencils . . . . . . . . . . . .
- ☐ Pencil Eraser . . . . . . . .
- ☐ Pencil Sharpener. . . . . .
- ☐ Photos, Loose . . . . . . . .
- ☐ Photo Albums. . . . . . . .
- ☐ Reading Glasses . . . . . .
  (Nonprescriptionmagnifying glasses)
- ☐ Stamps . . . . . . . . . . . .
- ☐ Stationery . . . . . . . . . .
- ☐ Sun Glasses . . . . . . . . .
- ☐ Storage Container . . . . .
- ☐ Tumbler / Cups . . . . . . .
- ☐ Wallet . . . . . . . . . . . . .

### Female Specific
- ☐ Antenna Wire (CIW only) .
- ☐ Clothes Pins . . . . . . . . .
- ☐ Eyeglass Repair Kit. . . . .
- ☐ Footlocker (CIW only) . . .
- ☐ Hangers . . . . . . . . . . .
- ☐ Immersion Heater. . . . . .
- ☐ Umbrella (CIW only). . . .

### Games
- ☐ Cards ☐ Checkers ☐ Chess
- ☐ Dominoes ☐ Scrabble
- ☐ Uno (Female Only)

### Religious items
- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials: _____
- ☐ Bowl/Chalice____ ☐ Chalk____
- ☐ Religious Medallion & Chain
  Color_____ Material_____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ____ ☐ Medicine Bag
- ☐ Miswak ____ ☐ Powders ____
- ☐ Prayer Beads ☐ Prayer Oil____
- ☐ Prayer / Holy cards / Photos____
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt ____
- ☐ Stones ____ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs: _____

### Registerable Property
- ☐ Audio Entertainment Appliance
  - ☐ AM/FM ☐ CD ☐ Cassette
  - Make: _____
  - S/N: _____
- ☐ Calculator: _____
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  - Make: _____
- ☐ Fan:
- ☐ Hair Clipper / Trimmer
  - ☐ A/C ☐ Battery
  - Make: _____
- ☐ Handicraft: _____
- ☐ Hot Pot:
- ☐ Lamp/Book Light
  - ☐ A/C ☐ Battery
  - Make: _____
- ☐ Musical Instrument: ☐ String
  - Make: _____
  - S/N: _____
- ☐ Razor / Groomer
  - Make: _____
  - ☐ A/C ☐ Battery
- ☐ Wedding Ring
  - ☐ White Metal ☐ Yellow Metal
  - Stones ☐ Yes ☐ No
- ☐ Television: ☐ B&W ☐ Color
  - ☐ With CD player ☐ With Radio
  - Tested: ☐ Works ☐ Doesn't W ork
  - Make: _____
  - S/N: _____
- ☐ Electronic Tablet
  - Make: _____
  - S/N: _____
- ☐ MP3
  - Make: _____
  - S/N: _____
- ☐ Adapter ☐ Coaxial Cable
  - ☐ Splitter ☐ Digital Antenna
- ☐ Typewriter
  - ☐ Manual ☐ A/C ☐ Battery
  - Make: _____
  - S/N: _____
- ☐ Watch: ☐ Wrist ☐ Pocket
  - Make: ____ Color____
- ☐ Battery Charger
  - Make: _____

### Female Specific
- ☐ Chain / Necklace / Bracelet
  - ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  - Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  - Make: _____
- ☐ Hair Rollers
  - Make: _____
- ☐ Pressing Comb
  - Make: _____

**Health Care Appliances**

---

### Additional Items
_____
_____
_____
_____
_____
_____

---

☐ **With this signature, I agree that the above listed property is the extent of ALL my property.**

Inmate Signature (upon inventory)    CDC #    Date

☐ **With this signature, I am receiving the property as marked on this inventory sheet.**

Inmate Signature (upon inventory)    CDC #    Date

☐ **Property Inventoried by:**

Staff Name (Print & Signature)    Date

☐ **Property Received by:**

Staff Name (Print & Signature)    Date

☐ **Property Issued to inmate by:**

Staff Name (Print & Signature - upon inventory)    Date

---